# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132771

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROGER L. LYLE,
      Defendant-Appellant.

SC: 132771
COA: 273845
Saginaw CC: 76-000293-FY

_____/

     On order of the Court, the application for leave to appeal the November 2, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

Clerk

d0618